## 33550. ASSOCIATE ARCHITECTS, INC. v. HOLLAND.

PER CURIAM.

Upon further consideration of this case we conclude that the application for writ of certiorari was improvidently granted, and, therefore, this case is dismissed.

*Writ dismissed. All the Justices concur.*

ARGUED JUNE 12, 1978 — DECIDED JUNE 27, 1978.

*Schreeder, Wheeler & Flint, Warren O. Wheeler, Lawrence S. Burnat,* for appellant.

*Haas, Holland, Levison & Gibert, Richard N. Hubert, Robert L. Schwind,* for appellee.